UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BARBARA MEYER, | Case No.: CV 07-4482-GW(JTLx) |
|---|---|
| Plaintiff, | [Removed from State Court Case No. BC370542] |
| vs. | ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION |
| INTERSTATE BRANDS CORPORATION, MILLBROOK CORPORATION, HOSTESS CORPORATION, WONDER BREADS, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: 5/03/07 |

This action came on for hearing before the Court on June 30, 2011 at 8:30.m., before the Honorable George H. Wu, Judge Presiding in Courtroom 10 of the above-entitled Court, on Defendant Interstate Brands Corporation's Motion for Dismissal of Action. Having considered the pleadings in this action, the argument of counsel and all such matters as are properly before it, the Court circulated the attached tentative ruling, attached hereto as Exhibit "A" and continued this matter to July 11, 2011 at 8:30 a.m.

This action came again for hearing on July 11, 2011, before the Honorable George H. Wu, Judge Presiding, in Courtroom 10 of the above-entitled court.

1
[PROPOSED] ORDER

Having considered the pleadings, including those judicially notice, arguments of counsel and all other matters presented to the Court, the Court finds good cause for granting Defendant Interstate Brands Corporation's Motion of Dismissal of Action,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Complaint is hereby dismissed with prejudice for reasons stated in the Tentative Ruling on Motion to Dismiss [Doc No. 43].

DATED: July 19, 2011

HONORABLE GEORGE H. WU
United States District Court Judge
Central District of California