UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MEYER, | Case No.: CV 07-4482-GW(JTLx) |
| Plaintiff, | [Removed from State Court Case No. BC370542] |
| vs. | JUDGMENT |
| INTERSTATE BRANDS CORPORATION, MILLBROOK CORPORATION, HOSTESS CORPORATION, WONDER BREADS, INC., and DOES 1 through 10, inclusive, | |
| | Complaint Filed: 5/03/07 |
| Defendants. | |

This action came on for hearing before the Court on June 30, 2011 at 8:30 a.m., before the Honorable George H. Wu, Judge Presiding on Defendant Interstate Brands Corporation's Motion of Dismissal of Action and the pleadings having been fully considered, including those pleadings judicially noticed, the issues having been duly briefed and heard,

///

///

///

IT IS HEREBY ORDERED AND ADJUDGED:

That the Plaintiff Barbara Meyer take nothing, that the action be dismissed with prejudice, for failure to state a claim upon which relief can be granted, and that Defendant Interstate Brands Corporation recover its costs.

DATED: July 19, 2011

*George H. Wu*
HONORABLE GEORGE H. WU
United States District Court Judge
Central District of California